UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUZ PICHARDO,

Plaintiff,

-against-

TARGET CORPORATION,

Defendant.

26-CV-07034 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a status on **August 27, 2026 at 11:30 AM**. The parties should be prepared to discuss the status of the case. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 400 147 358#**.

DATED: August 20, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**