UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUZ PICHARDO,

Plaintiff,

-against-

TARGET CORPORATION,

Defendant.

26-CV-07034 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 24, 2026, I ordered the parties to, among other things, file a joint status update on the 15th of each month (or the first business day thereafter) updating the Court on the progress of discovery. The parties have not filed their status update that was due on October 15, 2026. Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update on the progress of discovery until **October 21, 2026**.

DATED: October 19, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**